EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00300-05 JMS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S SENTENCING |
| ) | STATEMENT |
| vs. ) | |
| ) | |
| CYRINAH L. AKEN, (05),) | |
| aka "Cyrinah L. Solomon, ) | Date:   August 28, 2006 |
| ) | Judge:  Hon. J. Michael Seabright |
| Defendant. ) | |
| _____) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  July 20, 2006, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                                  By /s/ Michael K. Kawahara
                                      MICHAEL K. KAWAHARA
                                      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

  Mr. Louis Ching                         July 20, 2006
  Attorney at Law
  4475 Kilauea Avenue
  Honolulu, HI 96816

  Attorney for Defendant
  Cyrinah L. Aken

Served by hand-delivery:

    Probation Officer                     July 20, 2006
    300 Ala Moana Blvd.
    Box 50111, Rm. C-126
    Honolulu, HI  96850


                                            /s/ Rowena N. Kang