LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: 734-1520

Attorney for Defendant
CYRINAH L. AKEN

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 27 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00300-05 JMS |
| Plaintiff, ) | |
| vs. ) | |
| CYRINAH L. AKEN, (05) ) | Sent. Date: 08-28-06 @ 1:30 pm. |
| Defendant. ) | Judge: Hon. J. Michael Seabright |
| ) | DEFENDANT CYRINAH AKEN'S SENTENCE STATEMENT; CERTIFICATE OF SERVICE |

DEFENDANT CYRINAH AKEN'S SENTENCE STATEMENT

The Defendant CYRINAH L. AKEN, by and through her counsel, Louis Michael Ching, Esq., hereby makes the following corrections to the draft presentence report:

1. Page 19, Paragraph 77: Cyrinah Aken is not the

[CERTIFICATE OF SERVICE]

youngest child, but the middle child of three children. Also, the correct name is Julia K. Louis (it is unclear what the letters "nee" stand for).

2. Page 19, Paragraph 78: Defendant's son will be enterning the U.S. Marine Corps on August 7, 2006. And, Defendant is currently engaged to marry Alika Kahue, who is still incarcerated.

DATED:  Honolulu, Hawaii, July 27, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
CYRINAH L. AKEN

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was duly served upon the below listed individuals at their last known addresses or official court jacket(s) either by hand delivery or by pre-paid postage deposited in the United States Postal Mail on the ABOVE STAMPED-FILED DATE.

TO: MICHAEL K. KAWAHARA, ESQ.
    Assistant United States Attorney
    Room 6100, PJKK Federal Bldg.
    300 Ala Moana Blvd., Box 50183
    Honolulu, Hawaii 96850

    Attorney for Plaintiff
    United States of America

    ANNE M. SHIMOKAWA, ESQ.
    U.S. Probation Officer
    PJKK Federal Bldg.,
    300 Ala Moana Blvd., Suite 7102
    Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, July 27, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
CYRINAH L. AKEN