EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-0300JMS-05 |
| | ) | |
| Plaintiff, | ) | MOTION FOR DOWNWARD DEPARTURE |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | (**CYRINAH L. AKEN**) |
| | ) | |
| LEANDRO GOMEZ, III, also  (01) | ) | |
|  known as "Leo", | ) | |
| NATHANIEL RUSSELL, also  (02) | ) | |
|  known as "Bobo" or "Bo", | ) | |
| PAMELA MAHEALANI NEWTON, (03) | ) | |
| JOHN CORNIEL, JR.,         (04) | ) | |
| CYRINAH L. AKEN, also      (05) | ) | |
|  known as "Cyrinah L. | ) | |
|  Solomon", | ) | |
| CHARLES R.K. FARREN,       (06) | ) | |
| REED KALEOOKALANI AKEN,    (07) | ) | Sentencing date: 8/28/06 at |
|  SENIOR, | ) |  1:30 p.m., before the Hon. |
| ROGER MANU BATES, also     (08) | ) | J. Michael Seabright, U.S. |
|  known as "Manu", | ) | District Judge |
| TIMOTHY JAMES SULLIVAN,    (09) | ) | |
|  also known as "Tim", | ) | |
| GILBERT GOMEZ, also        (10) | ) | |
|  known as "Glen", | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR DOWNWARD DEPARTURE
IN SENTENCING DEFENDANT
[CYRINAH L. AKEN]**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant above-named, due to her substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

DATED:  Honolulu, Hawaii, August 22, 2006.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By /s/ Michael K. Kawahara
>    MICHAEL K. KAWAHARA
>    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Louis M. Ching louismichaelching@hotmail.com  August 22, 2006

   Attorney for Defendant
   Cyrinah Aken

Served by hand-delivery:

Probation Officer                                            August 22, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850

/s/ Rowena N. Kang