# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00300-JMS-05 |
| CASE NAME: | United States of America vs. Cyrinah L. Aken, aka "Cyrinah L. Solomon" |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | Louis Michael Ching |
| U.S.P.O: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 08/28/2006 | TIME: | 1:35 - 3:10 |

COURT ACTION:  Sentencing to Count 1 of the Indictment: Governments Basis for Departure Downward in Sentencing.

Defendant present with counsel Louis Ching.

Governments Motion for Downward Departure - GRANTED.

Allocution by the defendant.

Imprisonment 87 months.  Supervised release 3 years under the following conditions:

RECOMMENDATION: That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

That the defendant participate in educational and vocational training programs.

1.   That the defendant shall abide by the standard conditions of supervision.

2.   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.   That the defendant not possess illegal controlled substances (mandatory condition)

Page 2
Criminal 05-00300JMS-05
U.S.A. vs. Cyrinah L. Aken, aka "Cyrinah L. Solomon"
August 28, 2006

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

Governments Oral Motion to Dismiss Counts 2, 3, 4 of the First Superseding Indictment GRANTED.
MITTIMUS: October 10, 2006 at 2:00 p.m.

Submitted by: Dottie Miwa, Courtroom Manager

1.