Name: Cynnah Aken #92338-022
Address: Federal Prison Camp Dublin
City: 5675 8th St. Camp Parks
State: Dublin, CA
Zip: 94568

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2007

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COUURT

DISTRICT OF Hawaii

United States of America

vs.

Cynnah L. Aken

Criminal No.: 1:05CR00300-005
#92338-022

## MOTION TO REDUCE OR MODIFY SENTENCE

May it Please the Court:

Comes now the Defendant, Cynnah L. Aken who petitions this Court of an Order reducing or modifying (his or her) sentence. A motion for reduction in, or modification of, the original sentence pursuant to Rule 35(b) of The Federal Criminal Code and Rules of Procedures, is "essentially a plea for leniency".

A sentence of 87 months was imposed by the Honorable Judge Seabright on the 28 day of August, 20 06. Defendant is currently incarcerated at a United States Federal Correctional Institution.

Defendant understands that under Rule 35 of the Federal Rules of Criminal Procedure, that this motion should have been filed within 120 days of having been sentenced. Defendant pleas with the Court to please still consider this motion since (he or she) was unable to have access to any kind of legal forms till after being transferred from a County facitly to a Federal facility, which was after the 120 day period. Defendant would also like the Court to know that (he or she) is imcompetent in legal procedures and would like to inform the Court that (he or she) has spent time in trying to obtain the proper information.

Attached herewith for the Court's consideration is a personal letter written by the Defendant Cynnah Aken explaining these events, and pleaing for the courts leniency.

Wherefore, Defendant respectfully request that the Court's enter an Order reducing or modifying the sentence of imprisionment herein.

Respectfully Submitted

Dated: 5/10/07

Defendant

see attached

Federal Prison Camp Dublin
Name: Akina
Reg No. 93221-022
5675 8th St. Camp Parks
Dublin, CA 94568

300 Alamoana Blvd
U.S. Courthouse
Honolulu, Hawaii 96850

OAKLAND CA 946
11 MAY 2007 PM 4 L



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 14 2007
4:30 p
DISTRICT OF HAWAII