cc: JMS

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 14 2007
4:30 pm
DISTRICT OF HAWAII

To Honorable Judge - Seabright        5/10/07

    I am writing you, seeking your Honors Consideration. I would like to inform your Honor, that I am truly remorseful for my actions. I am accountable for my wrongful decisions and my poor choices which led me to my downfall. I am thankful for this time to reprioritize my life. Your Honor I have learned a valuable lesson, and being incarcerated has made me realize the value of being acceptable to society and how precious freedom is. I have utilized my time by applying positive opportunities to better my life. I have taken classes in parenting, financial freedom and enrolled in Drug Education. I have also volunteered in religious services and completed living well classes. I've incorporated a rigorous, mind cleansing workout regiment that has improved my health and self image, that instills confidence. I have also obtained a job that allows me to work in the community, that in return gives me an appreciation for the beauty life has to offer.

    Your Honor, I have a different goal and I have a brighter perspective in life. I am asking you

-1-

5/10/07

to please consider my request for a sentence modification. Please allow me to give back to society by contributing what I've learned.

Respectfully Submitted,

Cyrinah Aken
#92338-022
Federal Prison Camp Dublin
5675 8th St. Camp Parks
Dublin, CA 94568

-2-