IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00300-05 JMS |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION TO |
| | ) | REDUCE OR MODIFY A |
| vs. | ) | SENTENCE PURSUANT TO |
| | ) | FEDERAL RULE OF CRIMINAL |
| CYRINAH L. AKEN,    (05) | ) | PROCEDURE 35 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING MOTION TO REDUCE OR MODIFY A SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35

Defendant Cyrinah L. Aken ("Aken"), pro se, filed a motion seeking a reduction in her sentence pursuant to Fed. R. Crim. P. 35 ("Rule 35"). Aken seeks this sentence modification based on her rehabilitation since entering prison. Because this court lacks jurisdiction to consider the request, the motion is DENIED.

On December 1, 2005, Aken entered a plea of guilty to count one of the indictment charging her with conspiracy to distribute and possess with intent to distribute five-hundred grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers. Aken was sentenced on August 28, 2006 to 87 months incarceration, 3 years of

supervised release, no fine, and a $100 Special Assessment.  Judgment was entered on September 8, 2006.  Aken did not appeal her sentence, and on May 14, 2007, she filed her Motion to Reduce or Modify Sentence pursuant to Rule 35.

      This court lacks jurisdiction to consider the Rule 35 motion.  Under Rule 35(a), a court may correct a "sentence that resulted from arithmetical, technical, or other clear error" within 7 days after sentencing.  After seven days has passed, this court loses jurisdiction under Rule 35(a) to reduce or modify a sentence.  *See United States v. Penna*, 319 F.3d 509, 510 (9th Cir. 2003).

      This court likewise lacks jurisdiction under Rule 35(b).  Under Rule 35(b), a court may reduce a sentence based on substantial assistance in the investigation or prosecution of another "[u]pon the government's motion. . . ."[1]  Because Aken, not the government, filed the Rule 35 motion, the court is without

///
///
///
///

---

[1] In fact, Aken did receive the benefit of cooperation.  At sentencing, the court granted the government's motion for downward departure in sentencing pursuant to United States Sentencing Guideline § 5K1.1.

jurisdiction.

Aken's motion to reduce or modify her sentence is DENIED.

IT IS SO ORDERED.

DATED at Honolulu, Hawaii, May 16, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. Aken*, Cr. No. 05-00300-05 JMS, Order Denying Motion to Reduce or Modify a Sentence Pursuant to Federal Rule of Criminal Procedure 35